IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ATTORNEYS LIABILITY PROTECTION SOCIETY, INC. A Risk Retention Group,<br><br>Plaintiff,<br><br>v.<br><br>FORREST WALPOLE, et al.<br><br>Defendants. | Civil Case No. 1:10cv-847 |

### DEFENDANT MCENEARNEY ASSOCIATES, INC.'S FINANCIAL DISCLOSURE STATEMENT

Defendant McEnearney Associates, Inc. ("McEnearney"), respectfully files this Financial Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule of the U.S. District Court for the Eastern District of Virginia and states as follows:

a. McEnearney does not have any parent, subsidiary, or affiliate entities (corporate or otherwise) that have issued stock or debt securities to the public and no publicly held entity (corporate or otherwise) owns 10% or more of its stock; and

b. The shareholders of McEnearney Associates, Inc., a non-publicly traded entity, are Larry Brandt (22.5%), John McEnearney Revocable Trust (51%), David and Margaret Mary Howell (10%), Dave Hawkins (10%), and Maureen Dunn (6.5%).

c. There is nothing further to report under Local Rule 7.1 (A)(1)(a) and (b).

                              Respectfully submitted,
                              MCENEARNEY ASSOCIATES, INC.
                              By Counsel

SANDS ANDERSON PC

      /s/
―――――――――――――――――
Mikhael D. Charnoff, Esq.
1497 Chain Bridge Road
Suite 202
McLean, VA  22101
Phone: (703) 893-3600
Facsimile: (703) 893-8484
E-mail: mcharnoff@sandsanderson.com
*Counsel for Defendant Karen Martins*
*and Defendant McEnearney Associates, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2010, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

John E. McIntosh, Jr., Esq.
Law Offices of John E. McIntosh, Jr.
4118 Leonard Drive
Fairfax, VA 22030
jemcintosh@earthlink.net
*Counsel for Attorneys Liability Protection Society, Inc., a Risk Retention Group*


Regina A. Roman, Esq.
William L. Boesch, Esq.
Sugarman, Rogers, Barshak & Cohen, PC
101 Merrimac Street
Boston, Massachusetts 02114
roman@srbc.com
boesch@srbc.com
*Counsel for Attorneys Liability Protection Society, Inc., a Risk Retention Group*


Kevin M. Rose, Esq.
BotkinRose PLC
3210 Peoples Drive
Harrisonburg, VA 22801
krose@botkinrose.com
*Counsel for Defendants Northern Virginia Real Estate Inc., and Lauren Kivlighan*


Sean McDonough, Esq.
Hudgins Law Firm
515 King Street, Suite 400
Alexandria, VA 22314
SMcDonough@hudginslawfirm.com
*Counsel for Defendant Forrest Walpole*

Michael W. Tompkins, Esq.
RRBMDK, LLP
201 N. Union Street, Suite 140
Alexandria, VA 22314
(703) 299-3440
(703) 299-3441 (facsimile)
MWTompkins@RRBMDK.com
*Counsel for Defendants Donna Gavin
and David Gavin*

                  /s/
              Mikhael D. Charnoff, Esq.
              VSB No. 43929
              SANDS ANDERSON PC
              1497 Chain Bridge Road
              Suite 202
              McLean, VA 22101
              Phone: (703) 893-3600
              Facsimile: (703) 893-8484
              E-mail: mcharnoff@sandsanderson.com
              *Counsel for Defendant Karen Martins
              and Defendant McEnearney Associates, Inc.*